FILED

AUG 21 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
KIMBERLY FRIDAY (MABN 660544)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7102
Facsimile: (415) 436-6748
kimberly.friday@usdoj.gov

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General, Civil Division
MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
LISA K. SAMUELS
Trial Attorneys, Civil Division
601 D Street, NW, Room 9126
Washington, D.C. 20004
Telephone: (202) 305-3663
Facsimile: (202) 305-7797
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, and the DISTRICT OF | Case No. 13-4077 BLF<br><br>CONSENT TO DISMISSAL; [PROPOSED] ORDER<br><br><br>FILED UNDER SEAL |

CONSENT TO DISMISSAL; [PROPOSED] ORDER
No. 13-4077 BLF

|   |   |   |
|---|---|---|
| 1 | COLUMBIA *ex rel.* CHRISTIAN FENN, | ) ) |
| 2 |   | ) |
| 3 | Plaintiffs, | ) ) |
| 4 | vs. | ) ) |
| 5 | CONCEPTUS, INC., BAYER AG, INC., AND BAYER HEALTHCARE LLC. | ) ) ) |
| 6 |   | ) |
| 7 | Defendants. | ) ) |
| 8 |   | ) |

Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the dismissal of this action without prejudice to the United States. The United States has conferred with Elizabeth Voorhies, Deputy Attorney General for the State of California. Ms. Voorhies has represented to the United States that the States named as plaintiffs in this *qui tam* suit also consent to dismissal of this action without prejudice.

The United States requests that the Court unseal: (1) Relator's Complaint; (2) the summons, if any; (3) the scheduling order; (4) Relator's Notice of Dismissal; and (5) this Consent to Dismissal and Proposed Order. The United States requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon defendants.

A proposed order accompanies this notice.

//

//

//

//

CONSENT TO DISMISSAL; [PROPOSED ORDER]
No. 13-4077 BLF                              2

                                        Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
General, Civil Division

Melinda Haag
United States Attorney

Dated: August 10, 2015                 By: _/s/ Kimberly Friday_
                                                             KIMBERLY FRIDAY
                                                             Assistant United States Attorneys

Dated: August 10, 2015                 By: _Lisa Samuels /kf_
                                                             MICHAEL D. GRANSTON
                                                             JAMIE A. YAVELBERG
                                                             LISA K. SAMUELS
                                                             Civil Division, Department of Justice
                                                             Attorneys for the United States

Dated: August 10, 2015                 By: _Elizabeth Voorhies /kf_
                                                             ELIZABETH VOORHIES
                                                             Deputy Attorney General
                                                             Office of the Attorney General for the State
                                                             of California, and on behalf of the Plaintiff
                                                             States

## CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that Lisa K. Samuels and Elizabeth Voorhies have concurred in the filing of this document.

DATED: August 10, 2015

MELINDA HAAG
United States Attorney

*Kimberly Friday*
KIMBERLY I. FRIDAY
Assistant United States Attorney

CONSENT TO DISMISSAL; [PROPOSED ORDER]
No. 13-4077 BLF                                    4

# [PROPOSED] ORDER TO UNSEAL

The United States and the States named as plaintiffs having consented to dismissal of this action without prejudice pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), IT IS HEREBY ORDERED that:

1. The Complaint, the summons, the scheduling order, Relator's Notice of Dismissal, this Order, and the accompanying Consent to Dismissal are hereby unsealed.

2. Any applications and/or declarations that have been filed under seal by the United States for an extension of the sixty-day investigative period or for any other reason shall remain under seal and not be made public or served upon the defendants.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated: August 21, 2015

Beth Labson Freeman
United States District Court Judge